# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ECHEVERRIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JANET TENNISON,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. CV-F-04-6642 REC LJO P<br><br>ORDER DENYING PLAINTIFF'S REQUEST TO STAY ACTION AND GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE AMENDED COMPLAINT<br><br>(Doc. 16) |

　　　　Plaintiff Luis Echeverria ("plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 18, 2005, the court dismissed plaintiff's complaint and ordered plaintiff to file an amended complaint within thirty days. On April 18, 2005, plaintiff filed a request for an enlargement of time until he is released from custody.

　　　　Plaintiff fails to state in his request when he is being released from custody. Unless plaintiff's release is imminent, the request amounts to one for a stay of this action, which the court cannot grant. Plaintiff filed this action and is responsible for prosecuting it. The court will grant plaintiff a thirty-day extension of time to comply with the court's order. In the alternative, if plaintiff wishes to file a notice of voluntary dismissal in response to this order, he may do so and this action will be dismissed without prejudice. Fed. R. Civ. P. 41(a)(1).

///
///
///
///

1

Accordingly, plaintiff's request for a stay of this action is DENIED.  Plaintiff is GRANTED an extension of **thirty (30) days** from the date of service of this order within which to file an amended complaint in compliance with the court's order of March 18, 2005.

IT IS SO ORDERED.

**Dated:   May 19, 2005**                              /s/ Lawrence J. O'Neill
i0d3h8                              UNITED STATES MAGISTRATE JUDGE